IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, Successor In Interest Via Merger To National City Bank, Successor In Interest Via Merger To Mid America Bank, FSB<br><br>Plaintiff,<br><br>v.<br><br>Michael William Fellows a/k/a Michael Fellows,<br><br>Defendants. | Case No. 16 cv 993<br><br>Assigned Judge: Jorge L. Alonso<br><br>Magistrate Judge: Susan E. Cox<br><br>Property Address:<br>5312 W. 35th Street<br>Cicero, Illinois 60804 |

**MOTION FOR JUDGMENT OF FORECLOSURE AND SALE**

NOW COMES the Plaintiff, PNC Bank, National Association, Successor In Interest Via Merger to National City Bank, Successor In Interest Via Merger to Mid America Bank, FSB by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Michael William Fellows a/k/a Michael Fellows

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion attached hereto as Exhibit "A", and from the pleadings and admissions on file, there is no

1

genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

By One of the Attorneys for PNC Bank, National Association, Successor In Interest Via Merger To National City Bank, Successor In Interest Via Merger To Mid America Bank, FSB

By: /s/Francis J. Pendergast, III
      One of Its Attorneys

Francis J. Pendergast, III (ARDC#3127593)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
fpendergast@crowleylamb.com